

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Candra Nicole Applegate,     * From the 259th District
                              Court of Jones County,
                              Trial Court No. 010734.

Vs. No. 11-14-00005-CR       * September 30, 2015

The State of Texas,          * Memorandum Opinion by Willson, J.
                              (Panel consists of: Wright, C.J.,
                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.